**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHRISTINE BURKE,                                )
      Plaintiff,                               )
                                                )
               v.                  )      Case No. 24-cv-3697
                                                )
BOARD OF EDUCATION OF THE                       )
CITY OF CHICAGO and JASON MAJOR,                )
      Defendants.                              )

## <u>NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1441 and §1446, Defendants Board of Education of the City of Chicago and Jason Major hereby remove *Christine Burke v. Board of Education of the City of Chicago & Jason Major,* Case No. 2023 L 012240, from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois.  In support, Defendants state as follows.

1.      On April 30, 2024, Plaintiff served a First Amended Complaint on the Defendant Board of Educations, from a matter in the Law Division of the Circuit Court of Cook County, entitled *Christine Burke v. Board of Education of the City of Chicago & Jason Major,* Case No. 2023 L 012240. See *Exh. A.* The relevant procedural history includes the following.

      a.      Plaintiff first filed a complaint in the Law Division of the Circuit Court of Cook County on December 5, 2023. See *Exh. B* (her initial complaint). She did not obtain service of her initial complaint on the Defendants at that time.

b. The Law Division first issued a Summons to any of the Defendants on April 12, 2024. See *Exh. C* (showing the April 12th Summons date). The Law Division had not issued any Summons prior to then.

c. Plaintiff filed her First Amended Complaint on April 18, 2024. See *Exh. A, p.1* (showing the April 18th file-stamp date on that pleading).

d. Via the Sheriff of Cook County, Plaintiff obtained service of process on the Defendant Board of Education on April 30, 2024.

2. In her First Amended Complaint, Plaintiff pled three federal claims.

a. Plaintiff pled a gender discrimination claim under Title VII of The Civil Rights Act of 1964 (42 U.S.C. § 2000e, *et seq.)* and under 42 U.S.C. § 1981 (*Exh. A, pp. 11-13).*

b. Plaintiff pled an age discrimination claim under The Age Discrimination in Employment Act of 1967 (29 U.S.C. § 621) and under Title VII of The Civil Rights Act of 1964 (42 U.S.C. § 2000e). See *Exh. A, pp. 13-14.*

c. Plaintiff pled a claim for retaliation in connection with the First Amendment of the United States Constitution. See *Exh. A, pp. 14-15.* Because of Plaintiff's allegations in her First Amended Complaint, federal question jurisdiction exists under 28 U.S.C. § 1331. As just described in the above sub-paragraphs *(2(a) through 2(c)),* the Complaint pled claims under three federal statutes and under the United States Constitution.

3. The Complaint also asserts claims under Illinois law. See *Exh. A, pp. 11-14.* This Court may exercise supplemental jurisdiction over her state law claims.

4.      Both Defendants are joining in this removal.

WHEREFORE, Defendants remove this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.

Dated: May 7, 2024            Respectfully submitted,

DEFENDANTS THE BOARD OF EDUCATION
OF THE CITY OF CHICAGO AND JASON MAJOR

Ruchi Verma, General Counsel

By:     /s/ *Thomas A. Doyle*

Thomas A. Doyle
Assistant Deputy General Counsel
Board of Education of the City of Chicago
Law Department
One North Dearborn, Suite 900
Chicago, Illinois 60602
(773) 553-1700

## **CERTIFICATE OF SERVICE**

I, Thomas A. Doyle, certify that, on May 7, 2024, I caused the foregoing document to be filed and served using the CM/ECF system. I also certify that I served a copy of the foregoing document on Counsel for Plaintiff at the following address, by email: FrankAvilaLaw@gmail.com

/s/ *Thomas A. Doyle*